JOSEPH BOSWELL, SR.
REG. NO. 02426-509
FCI BEAUMONT LOW
FEDERAL CORR. INSTITUTION
P.O. BOX 26020
BEAUMONT, TX 77720

October 29, 2025

Clerk of Court
U.S. District Court
Western District of Louisiana
Lake Charles Division

    RE:   *United States v. Boswell*
           Case No. 2:18-cr-00162-JDC-TPL-1

To the Clerk of Court:

    Enclosed please find and accept for filing Movant's Reply to Response by the United States to Defendant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 . Please submit this Reply to the Court.

    Thank you for your assistance in this matter.

                                        Respectfully submitted,

                                        JOSEPH BOSWELL, SR.
                                        Appearing *Pro Se*

*Enclosure as noted*