RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 1 0 2025

DANIEL J. McCOY, CLERK
BY_____A.S_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim No. 2:18-cr-00162-JDC-TPL-1 |
| ) | |
| JOSEPH BOSWELL, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

COMES Defendant, JOSEPH BOSWELL ("Boswell"), appearing *pro se*, and respectfully files his Notice of Appeal of the October Order denying his Motion for Sentence Reduction under 18 U.S.C. § 3582(C)(2) Based on Amendment 821 to the Sentencing Guidelines.

Respectfully submitted,

_____
JOSEPH BOSWELL
REG. NO. 02426-509
FCI BEAUMONT LOW
FEDERAL CORR. INSTITUTION
P.O. BOX 26020
BEAUMONT, TX 77720
Appearing *Pro Se*

JOSEPH BOSWELL, SR.
REG. NO. 02426-509
FCI BEAUMONT LOW
FEDERAL CORR. INSTITUTION
P.O. BOX 26020
BEAUMONT, TX 77720
October 24, 2025

Clerk of Court
U.S. District Court
Western District of Louisiana
Lake Charles Division
611 Broad Street
Lake Charles, LA 70601

      RE:    *United States v. Boswell*
              Case No. 2:18-cr-00162-JDC-TPL-1

To the Clerk of Court:

    Enclosed please find and accept for filing Defendant's Notice of Appeal of the October 10, 2025 Order Denying Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). Please submit this Notice of Appeal to the Court.

    Thank you for your assistance in this matter.

                                      Respectfully submitted,

                                      JOSEPH BOSWELL
                                      Appearing *Pro Se*