# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 4, 2026

Lyle W. Cayce
Clerk

No. 25-30668

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSEPH BOSWELL, SR.,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:18-CR-162-1

ORDER:

IT IS ORDERED that Appellee's opposed motion to view and obtain sealed documents is GRANTED.

_/s/ Carl E. Stewart_____
CARL E. STEWART
*United States Circuit Judge*

## *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 04, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-30668    USA v. Boswell
                    USDC No. 2:18-CR-162-1

Enclosed is an order entered in this case.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Roeshawn Johnson, Deputy Clerk
            504-310-7998

Mr. Joseph Boswell Sr.
Ms. Camille Ann Domingue
Mr. Daniel J. McCoy